UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br>vs.<br><br>CASANDRA SILVA (1)<br><br><br><br>                              Defendant. | Case No. 15CR2367-W<br><br>JUDGMENT OF DISMISSAL |

FILED
OCT 24 2016
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__   Remand U.S. Court of Appeals, Previously Imposed Sentence is Hereby Set Aside and Vacated, and

__   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

__   the Court has dismissed the case for unnecessary delay; or

X   the Court has granted the motion of the Government for dismissal, with prejudice; or

__   the Court has granted the motion of the defendant for a judgment of acquittal; or
__   a jury has been waived, and the Court has found the defendant not guilty; or

__   the jury has returned its verdict, finding the defendant not guilty;

X   of the offense(s) as charged in the Information:

<u>8 U.S.C. 1324(a)(1)(A)(iv),(v)(II)and(a)(1)(B)(i) – Inducing and Encouraging Aliens To Enter the United States for Financial Gain and Aiding and Abetting.</u>

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

Dated: 10/24/2016

Hon. Thomas J. Whelan
United States District Judge